**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Scott A. Urbinati                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-11159 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                 Respectfully submitted,
                                                 **/s/ Rebecca A. Solarz Esquire**
                                                 Rebecca A Solarz, Esquire
                                                 Kevin G. McDonald, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322