United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott A. Urbinati  
    Debtor

Case No. 20-11159-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 02, 2020  
                      Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db          +Scott A. Urbinati,   106 Grays Lane,   Lansdale, PA 19446-6409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Sep 03 2020 04:34:10    City of Philadelphia,  
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
               Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:33:58  
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
               Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 03 2020 04:34:04    U.S. Attorney Office,  
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                 TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:  
             KARINA   VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com  
             PAUL H.  YOUNG    on behalf of Debtor Scott A. Urbinati support@ymalaw.com,   ykaecf@gmail.com,  
              paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
             REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
             SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.:** 20-11159 |
| **Scott A. Urbinati** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **August 19, 2020 at 11:00 a.m.** |
| vs | : | |
| | : | **Place of Hearing** |
| **Scott A. Urbinati** | : | **U.S. Bankruptcy Court** |
| **Linda A Blake** | : | **900 Market Street, Courtroom #4** |
| | : | **Philadelphia, PA, 19107** |
| **Scott F. Waterman** | : | |
| **Respondents.** | | **Related Document # 28** |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: September 2, 2020**

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606 (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020 (notified by ecf)

Scott A. Urbinati and Linda A Blake, Debtor and/or Co-Debtor, 106 Grays Lane, Lansdale, PA 19446 (notified by regular US Mail)