United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11159-amc |
| Scott A. Urbinati | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Stacey | Page 1 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott A. Urbinati, 106 Grays Lane, Lansdale, PA 19446-6409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 29 2020 02:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2020 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 29 2020 02:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KARINA VELTER | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey | | Page 2 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | | Total Noticed: 4 |

on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

PAUL H. YOUNG

on behalf of Debtor Scott A. Urbinati support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ

on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 20-11159 |
| **Scott A. Urbinati** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | Date and Time of Hearing |
| Movant, | : | August 19, 2020 at 11:00 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Scott A. Urbinati** | : | U.S. Bankruptcy Court |
| **Linda A Blake** | : | 900 Market Street, Courtroom #4 |
| | : | Philadelphia, PA, 19107 |
| **Scott F. Waterman** | : | |
| Respondents. | | Related Document # 28 |

**ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 2020, upon consideration of the foregoing Amended Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: September 28, 2020**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606 (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020 (notified by ecf)

Scott A. Urbinati and Linda A Blake, Debtor and/or Co-Debtor, 106 Grays Lane, Lansdale, PA 19446 (notified by regular US Mail)