## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Scott A. Urbinati | Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 20-11159 AMC |
| Scott A. Urbinati | Debtor(s) | |
| Diana Urbinati | Co-Debtor(s) | 11 U.S.C. Section 362 and 1301 (c) |
| Scott F. Waterman | Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Highlander, VIN: 5TDJZRFH6HS446450 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   13th  day of  January , XXXX 2021

_____
United States Bankruptcy Judge.

cc: See attached service list