United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11159-amc |
| Scott A. Urbinati | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: 155 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Urbinati, 106 Grays Lane, Lansdale, PA 19446-6409 |
| 14472991 | + | 1stprogress/1stequity/, P.o. Box 84010, Columbus, GA 31908-4010 |
| 14493317 | + | MIDFIRST BANK, C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14493113 | | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14472997 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 14600589 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14498014 | + | Toyota Lease Trust, c/o Toyota Motor Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14499960 | + | Toyota Lease Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14499778 | + | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14472992 | + | Email/Text: bankruptcy@usecapital.com | Apr 29 2021 01:34:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14482323 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 29 2021 01:48:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14472993 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 01:46:40 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14478433 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2021 01:46:43 | Centennial Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 14472994 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 29 2021 01:34:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14496195 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 29 2021 01:47:34 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14492995 | | Email/PDF: pa_dc_claims@navient.com | Apr 29 2021 01:46:42 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14472995 | + | Email/PDF: pa_dc_claims@navient.com | Apr 29 2021 01:47:36 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14472996 | + | Email/PDF: pa_dc_claims@navient.com | Apr 29 2021 01:46:43 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: 155 | Total Noticed: 18 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Debtor Scott A. Urbinati support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Scott A. Urbinati
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−11159−amc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 28th day of April 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

69
Form 155