| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11159-AMC**

Scott A. Urbinati
106 Grays Lane
Lansdale  PA    19446

Petition Filed Date: 02/26/2020
341 Hearing Date: 05/01/2020
Confirmation Date: 04/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2020 | $500.00 | | 06/02/2020 | $500.00 | | 07/02/2020 | $500.00 | |
| 08/03/2020 | $500.00 | | 09/01/2020 | $500.00 | | 10/02/2020 | $500.00 | |
| 11/02/2020 | $500.00 | | 12/03/2020 | $500.00 | | 01/05/2021 | $500.00 | |
| 02/01/2021 | $500.00 | | 03/04/2021 | $500.00 | | 04/05/2021 | $500.00 | |
| 05/03/2021 | $1,375.00 | | 05/26/2021 | $1,500.00 | 614669343 | 06/08/2021 | $1,375.00 | |

**Total Receipts for the Period:  $10,250.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott A. Urbinati | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CENTENNIAL MEDICAL CENTER »» 001 | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $326.67 | $0.00 | $326.67 |
| 3 | NAVIENT SOLUTIONS INC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $1,775.60 |
| 4 | NAVIENT SOLUTIONS INC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $25,324.36 |
| 5 | NAVIENT SOLUTIONS INC »» 005 | Unsecured Creditors | $0.00 | $0.00 | $17,105.66 |
| 6 | MIDFIRST MORTGAGE »» 006 | Mortgage Arrears | $57,725.48 | $2,890.87 | $54,834.61 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $10,709.75 | $0.00 | $10,709.75 |
| 8 | MIDFIRST MORTGAGE »» 008 | Mortgage Arrears | $1,031.00 | $51.63 | $979.37 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,250.00 | Current Monthly Payment: | $1,375.00 |
| Paid to Claims: | $6,742.50 | Arrearages: | ($2,000.00) |
| Paid to Trustee: | $920.00 | Total Plan Base: | $70,125.00 |
| Funds on Hand: | $2,587.50 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.