United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11159-amc |
| Scott A. Urbinati | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 11, 2022 | Form ID: 167 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Urbinati, 106 Grays Lane, Lansdale, PA 19446-6409 |
| 14472991 | + | 1stprogress/1stequity/, P.o. Box 84010, Columbus, GA 31908-4010 |
| 14498014 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14499960 | + | Toyota Lease Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14499778 | + | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: amps@manleydeas.com | Feb 11 2022 23:15:00 | ADAM BRADLEY HALL, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14472992 | + | Email/Text: bankruptcy@usecapital.com | Feb 11 2022 23:15:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14482323 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2022 23:18:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14472993 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:46 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14478433 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2022 23:18:38 | Centennial Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 14472994 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 11 2022 23:15:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14493317 | | Email/Text: amps@manleydeas.com | Feb 11 2022 23:15:00 | MidFirst Bank, c/o ADAM B. HALL, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14496195 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2022 23:18:45 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14493113 | | Email/Text: amps@manleydeas.com | Feb 11 2022 23:15:00 | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14492995 | | Email/PDF: pa_dc_claims@navient.com | Feb 11 2022 23:18:37 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14472995 | + | Email/PDF: pa_dc_claims@navient.com | Feb 11 2022 23:18:54 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14472996 | + | Email/PDF: pa_dc_claims@navient.com | Feb 11 2022 23:18:37 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

| 14620181 | + Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14472997 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 11 2022 23:15:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 14498014 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 11 2022 23:15:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14600589 | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:37 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | MIDFIRST BANK, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

**Name** — **Email Address**

Alyk L Oflazian
on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

PAUL H. YOUNG
on behalf of Debtor Scott A. Urbinati support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Scott A. Urbinati
    Debtor(s)

Case No: 20−11159−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement filed by Alyk L. Oflazian on behalf of Midfirst Bank.

on: 3/9/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date:  2/11/22

For The Court

Timothy B. McGrath
Clerk of Court

92 − 90
Form 167