# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11159 |
| Scott A. Urbinati | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |

## PRAECIPE OF WITHDRAWAL OF CERTIFICATION OF DEFAULT
## (DOCKET NO. 90)

Now comes MidFirst Bank ("Creditor") by and through counsel, and hereby withdraws its Certification of Default which was filed in this Court on January 26, 2022. The Certification is being withdrawn because Debtor has submitted funds.

Respectfully submitted,

/s/ Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

20-010561_JDD1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-11159 |
| **Scott A. Urbinati** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Certification of Default (Docket No. 90) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Paul H. Young, Attorney for Scott A. Urbinati, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Scott A. Urbinati and Linda A Blake, 106 Grays Lane, Lansdale, PA  19446


/s/ Alyk L. Oflazian

20-010561_JDD1