IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-11159** |
| **Scott A. Urbinati** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | |
| | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **July 15, 2020 at 11:00 a.m.** |
| **vs** | : | |
| | : | |
| **Scott A. Urbinati** | : | **U.S. Bankruptcy Court** |
| **Linda A Blake** | : | **900 Market Street, Suite 400, Courtroom #4** |
| | : | **Philadelphia, PA, 19107** |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2022 upon consideration of the Certification of Default filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 106 Grays Lane, Lansdale, PA 19446 and more particularly described in the Mortgage, recorded December 18, 2013, at Mortgage Book Volume 13727, Page 00067-00079 as Instrument Number 2013124094.

BY THE COURT

**Date: December 19, 2022**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

20-010561_SCS2

Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA  19020, support@ymalaw.com (notified by ecf)

Scott A. Urbinati and Linda A Blake, Debtor and/or Co-Debtor, 106 Grays Lane, Lansdale, PA  19446 (notified by regular US Mail)

20-010561_SCS2