Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-11159-AMC**

Scott A. Urbinati  
106 Grays Lane  
Lansdale  PA    19446

Petition Filed Date: 02/26/2020  
341 Hearing Date: 05/01/2020  
Confirmation Date: 04/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,375.00 | | 09/01/2022 | $1,375.00 | | 10/03/2022 | $1,375.00 | |
| 11/01/2022 | $1,375.00 | | 12/02/2022 | $1,375.00 | | 01/04/2023 | $1,375.00 | |

**Total Receipts for the Period: $8,250.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $36,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott A. Urbinati | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CENTENNIAL MEDICAL CENTER »» 001 | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $326.67 | $0.00 | $326.67 |
| 3 | NAVIENT SOLUTIONS INC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $1,775.60 |
| 4 | NAVIENT SOLUTIONS INC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $25,324.36 |
| 5 | NAVIENT SOLUTIONS INC »» 005 | Unsecured Creditors | $0.00 | $0.00 | $17,105.66 |
| 6 | MIDFIRST BANK »» 006 | Mortgage Arrears | $57,725.48 | $28,965.13 | $28,760.35 |
| 7 | TOYOTA MOTOR CREDIT CORP »» 007 | Unsecured Creditors | $10,709.75 | $0.00 | $10,709.75 |
| 8 | MIDFIRST BANK »» 008 | Mortgage Arrears | $1,031.00 | $517.37 | $513.63 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |

**Chapter 13 Case No. 20-11159-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,375.00 | Current Monthly Payment: | $1,375.00 |
| Paid to Claims: | $33,282.50 | Arrearages: | $7,625.00 |
| Paid to Trustee: | $3,092.50 | Total Plan Base: | $70,125.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.