United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 20-11159-amc
Scott A. Urbinati                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 27, 2023      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Urbinati, 106 Grays Lane, Lansdale, PA 19446-6409 |
| 14472991 | + | 1stprogress/1stequity/, P.o. Box 84010, Columbus, GA 31908-4010 |
| 14499960 | + | Toyota Lease Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14472992 | + | Email/Text: bankruptcy@usecapital.com | Sep 28 2023 00:15:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14482323 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2023 00:24:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14472993 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 00:24:09 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14478433 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 00:24:17 | Centennial Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 14472994 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 28 2023 00:15:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14493317 | | Email/Text: amps@manleydeas.com | Sep 28 2023 00:15:00 | MidFirst Bank, c/o ADAM B. HALL, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14496195 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 28 2023 00:24:09 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14493113 | | Email/Text: amps@manleydeas.com | Sep 28 2023 00:15:00 | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14492995 | | Email/PDF: pa_dc_claims@navient.com | Sep 28 2023 00:24:11 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14472995 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2023 00:24:16 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14472996 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2023 00:24:11 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14620181 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 27, 2023 | | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 28 2023 00:24:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14472997 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 28 2023 00:15:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 14498014 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 28 2023 00:15:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14600589 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 00:24:18 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14499778 | ^ | MEBN | Sep 28 2023 00:13:41 | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | MIDFIRST BANK, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Scott A. Urbinati support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                          User: admin                                                                    Page 3 of 3
Date Rcvd: Sep 27, 2023                                  Form ID: pdf900                                                          Total Noticed: 21

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Scott A. Urbinati<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-11159-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 27, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE